IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MIGUEL ANGEL CUEVAS
Reg. #93866-012                                                                    PETITIONER

v.                              No. 4:13-cm-136-DPM

UNITED STATES OF AMERICA                                          RESPONDENT

ORDER

Cuevas has filed another successive habeas petition without getting permission from the Court of Appeals. *See, e.g., Cuevas v. United States of America*, 4:95-cr-257-01-BRW, № 566. His creative labeling of his filing as a "Motion to Dismiss Criminal Complaint" cannot save his petition. Successive habeas petition, № 1, dismissed without prejudice.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United State District Judge

13 December 2013